# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALLAN J. CAMAISA; MEGAN CAMAISA; and CHESTER MEADOWS, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>TANYA LEVORCHICK; and UNITED STATES EQUESTRIAN FEDERATION, INC.,<br><br>Defendants. | CASE NO. 17cv1322 JM(BLM)<br><br>ORDER DISMISSING ACTION WITHOUT PREJUDICE FOR LACK OF SUBJECT MATTER JURISDICTION |

On March 8, 2018, the court issued an Order to Show Cause Why Action Should Not Be Dismissed for Lack of Subject Matter Jurisdiction ("OSC"), expressly incorporated herein. (ECF 25). In response to the OSC, Plaintiffs responded that discovery revealed the lack of subject matter jurisdiction for purposes of 28 U.S.C. §1332(a). (ECF 26).

Accordingly, as Federal Courts are courts of limited jurisdiction, the court dismisses the action without prejudice for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**

DATED: March 20, 2018

Hon. Jeffrey T. Miller
United States District Judge